**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AV MEDIA, PTE, LTD., a Singapore corporation, KSM (HONG KONG), LTD., a Hong Kong corporation, KUNSHAN MEDIA EQUIPMENT COMPANY, LTD., a Chinese corporation, and GALLOP HIGH INVESTMENT, LTD., a British Virgin Islands company,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNIMOUNT SYSTEMS, INC., an Arizona corporation,<br><br>Defendant. | No. CV06-2412-PHX-SMM<br><br>ORDER |

Having considered OmniMount's Motion For Extension of Time For Parties to Exchange Initial Disclosure Statements (dkt. 40), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** OmniMount's Motion For Extension of Time For Parties to Exchange Initial Disclosure Statements. (Dkt. 40.)

**IT IS FURTHER ORDERED** that the deadline for all parties to exchange initial disclosure statements is extended to November 15, 2006.

Dated this 19th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge