**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AV MEDIA, PTE, LTD., a Singapore corporation, KSM (HONG KONG), LTD., a Hong Kong corporation, KUNSHAN MEDIA EQUIPMENT COMPANY, LTD., a Chinese corporation, and GALLOP HIGH INVESTMENT, LTD., a British Virgin Islands company, | No.  CV06-2412-PHX-SMM<br><br>ORDER |

Plaintiffs,

vs.

OMNIMOUNT SYSTEMS, INC., an Arizona corporation,

Defendant.

Having considered OmniMount's Motion For Extension of Time For Parties to Exchange Initial Disclosure Statements (dkt. 40), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** OmniMount's Motion For Extension of Time For Parties to Exchange Initial Disclosure Statements.  (Dkt. 40.)

**IT IS FURTHER ORDERED** that the deadline for all parties to exchange initial disclosure statements is extended to November 15, 2006.

Dated this 19th day of October, 2006.

Stephen M. McNamee
United States District Judge