WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Omnimount Systems, Inc.,<br><br>　　　　　　　Defendant. | NO. CIV-06-2412-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Defendant Omnimount Systems, Inc.'s *Ex Parte* Application for Substitution and Withdrawal of Counsel, filed with this Court on November 30, 2006.  (Dkt. 48.)  Good cause appearing,

　　　**IT IS HEREBY ORDERED GRANTING** Defendant Omnimount Systems, Inc.'s *Ex Parte* Application for Substitution and Withdrawal of Counsel.  (Dkt. 48.)

　　　**IT IS FURTHER ORDERED** that Bryan Cave LLP, through Lawrence G. Scarborough, James D. Smith, and Steven J. Yeager, Two North Central Avenue, Suite 2200, Phoenix, AZ 85004-4406, shall be substituted as Defendant's counsel of record in this matter, in place of Hassard Bonnington LLP and Reinhart Boerner Van Deuren, S.C.

　　　DATED this 4th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge