WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Omnimount Systems, Inc.,<br><br>            Defendant. | NO. CIV-06-2412-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Stipulation of Plaintiffs and Defendant to Amend Complaint and Counterclaim.  (Dkt. 58.)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation of Plaintiffs and Defendant to Amend Complaint and Counterclaim.  (Dkt. 58.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the First Amended Complaint lodged by Plaintiffs on February 2, 2007 (see dkt. 59) as the First Amended Complaint in this action.

/ / /

/ / /

/ / /

/ / /

1
2
3
4   **IT IS FURTHER ORDERED** that the Clerk of Court shall file the Answer to First Amended Complaint and First Amended Counterclaim lodged by Defendant on February 5, 2007 (see dkt. 60) as the Answer to First Amended Complaint and First Amended Counterclaim in this action.

DATED this 5th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge