WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Omnimount Systems, Inc.,<br><br>    Defendant. | NO. CIV-06-2412-PHX-SMM<br><br>**ORDER** |

  Pending before the Court is the Stipulation of Plaintiffs and Defendant to Extend the Time for Plaintiffs to Respond to Defendant's Motion to Dismiss Count 3. (Dkt. 65.) Good cause appearing,

  **IT IS HEREBY ORDERED GRANTING** the Stipulation of Plaintiffs and Defendant to Extend the Time for Plaintiffs to Respond to Defendant's Motion to Dismiss Count 3. (Dkt 65.)

  **IT IS FURTHER ORDERED** that Plaintiffs shall file their response to Defendant's Motion to Dismiss Count 3 no later than March 12, 2007.

  DATED this 7th day of February, 2007.

Stephen M. McNamee
United States District Judge