WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al., | NO. CIV-06-2412-PHX-SMM |
| Plaintiffs, | |
| v. | **ORDER** |
| Omnimount Systems, Inc., | |
| Defendant. | |

Pending before the Court is Defendant Omnimount Systems, Inc.'s Request for Leave for Defendant's Client Representative to Attend Pretrial Conference Telephonically. (Dkt. 71.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant Omnimount Systems, Inc.'s Request for Leave for Defendant's Client Representative to Attend Pretrial Conference Telephonically.  (Dkt. 71.)

**IT IS FURTHER ORDERED** that Omnimount System's client representative, Mr. Kevin Donnelly, shall call the Court on April 19, 2007, on <u>one clear telephone line</u> at 3:55 p.m.  (Phone number 602-322-7555.)

DATED this 13th day of March, 2007.

Stephen M. McNamee
United States District Judge