WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Omnimount Systems, Inc.,<br><br>                Defendant. | NO. CIV-06-2412-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the unopposed Motion by Plaintiffs to Exceed the Page Limit in their Opposition to Defendant's Motion to Dismiss Count 3. (Dkt. 74.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to Exceed the Page Limit in their Opposition to Defendant's Motion to Dismiss Count 3. (Dkt. 74.)

**IT IS FURTHER ORDERED** that Plaintiffs' Opposition to Defendant's Motion to Dismiss Count 3 may exceed 17 pages but may not exceed 29 pages.

DATED this 13th day of March, 2007.

Stephen M. McNamee
United States District Judge