WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>Omnimount Systems, Inc.,<br><br>              Defendant. | NO. CIV-06-2412-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Stipulation of Plaintiffs and Defendant to Extend the Time for Defendant to file a Reply in support of its Motion to Dismiss Count 3. (Dkt. 72.)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation of Plaintiffs and Defendant to Extend the Time for Defendant to file a Reply in support of its Motion to Dismiss Count 3.  (Dkt. 72.)

**IT IS FURTHER ORDERED** that Defendant shall file its Reply in Support of its Motion to Dismiss Count 3 no later than April 2, 2007.

DATED this 13th day of March, 2007.

Stephen M. McNamee
United States District Judge