WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Omnimount Systems, Inc.,<br><br>　　　　　　Defendant. | NO. CIV-06-2412-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Request to Reschedule the Preliminary Pretrial Conference Scheduled for April 19, 2007. (Dkt. 80.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Request to Reschedule the Preliminary Pretrial Conference Scheduled for April 19, 2007. (Dkt. 80.)

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference scheduled for April 19, 2007 shall take place instead on April 17, 2007 at 4:00 p.m. in Courtroom 605, 401 West Washington Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that, with the exception of the time and date of the Preliminary Pretrial Conference, the parties shall comply with all of the other requirements set forth in the Court's Order Setting Rule 16 Preliminary Pretrial Conference. See Dkt. 67. The parties' Joint Proposed Case Management Plan shall be filed no later than April 10, 2007.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS FURTHER ORDERED** that Omnimount System's client representative, Mr. Kevin Donnelly, shall call the Court on April 17, 2007, on <u>one clear telephone line</u> at 3:55 p.m.  (Phone number 602-322-7555.)  <u>See</u> Dkt. 76.

DATED this 20th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge