WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Omnimount Systems, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Having considered OmniMount Systems, Inc.'s unopposed Motion to Exceed Page Limitation for its Reply in Support of its Motion to Dismiss Count III & IV for *Forum Non Conveniens* (Doc. 86), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** OmniMount's Motion to Exceed (Doc. 86) Local Rule 7(e)'s 11 page limit.

DATED this 2nd day of April, 2007.

Stephen M. McNamee
United States District Judge