WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al., ) | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| Omnimount Systems, Inc., ) | |
| Defendant. ) | |

Having considered Defendant OmniMount Systems, Inc.'s Motion for Leave to File a Second Amended Counterclaim (Doc. 94), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** OmniMount's Motion for Leave to File a Second Amended Counterclaim (Doc. 94).

DATED this 17th day of April, 2007.

Stephen M. McNamee
United States District Judge