WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Omnimount Systems, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the parties agreement regarding depositions of foreign nationals (Doc. 97),

**IT IS HEREBY ORDERED:**

No party will offer testimony at trial of a witness who lives in a foreign country unless that party has (a) given opposing counsel a reasonable and timely opportunity to take the witness's deposition and (b) made the witness available for deposition in a reasonably convenient jurisdiction where it would be lawful for an American attorney to take the deposition of the foreign witness without permission from local authorities.  It is contemplated that this arrangement might require travel, for example, to Hawaii, to an American protectorate like Guam, or even to an Asian destination such as Singapore or Hong Kong.  This arrangement would not preclude a party from taking the deposition of other foreign-based witnesses through established procedures (and once deposed, the person could be used as a trivial witness by any party if that party can persuade the witness to come to trial).  Similarly, this arrangement would not require that a deposed witness appear personally at trial, and a party could offer the witness's testimony through deposition if the rules allowed for it.

DATED this 18th day of April, 2007.

Stephen M. McNamee
United States District Judge