WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| OmniMount Systems, Inc., | ) ) ) | |
| Defendant. | ) | |

In light of the Rule 16 preliminary pretrial conference held on April 17, 2007 and the Court's decision to hold a status conference on the issues of choice of law and forum on September 10, 2007, after limited discovery, the Defendant's Motion to Dismiss for Forum Non Conveniens (Doc. 57) and the Plaintiffs' Motion for Leave to File a Sur-Reply (Doc. 98) thereto are **DENIED** with leave to re-file at a later date.

**IT IS HEREBY ORDERED** that OmniMount's Motion to Dismiss for Forum Non Conveniens (Doc. 57) is **DENIED** WITHOUT PREJUDICE to re-file at a later date.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to File a Sur-Reply in Opposition of Defendant's Motion to Dismiss for Forum Non Conveniens (Doc. 98) is **DENIED** WITHOUT PREJUDICE to re-file at a later date.

DATED this 18th day of April, 2007.

Stephen M. McNamee
United States District Judge