WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Omnimount Systems, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's April 17, 2007 Rule 16 Scheduling Order, and for good cause shown,

**IT IS HEREBY ORDERED** that the presumptive time limit for the length of a deposition as set forth in Federal Rule of Civil Procedure 30(d)(2) is suspended for the following deponents:

**Depositions to be taken by Plaintiffs AV Media, et al.:**

    Geoff Miller

    Shim Chia

    Ray Nakano

    Flavio Ly Hau

    Brett Stenhouse

    Dave Anderson

    Zach Eyman

     Dick Leehannwoei

**Depositions to be taken by Defendant Omnimount Systems, Inc.:**

     Sunny Tan

     Dan McCarthy

     PK Tan

     Lim Liang Choo (LC)

**IT IS FURTHER ORDERED** that for good cause shown or by agreement of the parties, the parties may supplement the above lists with the names of additional deponents by notifying the Court and submitting an additional Proposed Order.

**IT IS FURTHER ORDERED** that through the submission of the Proposed Order, neither party has waived its right to suspend any deposition to assert objections under Federal Rule of Civil Procedure 30(d)(4).

**IT IS FURTHER ORDERED** that through the submission of the Proposed Order, OmniMount has in no way represented any ability to control or produce Shim Chia or Dick Leehannwoei for deposition.

DATED this 29th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge