WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| OmniMount Systems, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Proposed Protocol to Comply with the Court's Order dated April 30, 2007 and the request of the parties that the Court approve the proposed protocol (Doc. 125). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' request. Based on the satisfaction and agreement of the parties, the Court hereby approves the protocol set forth in Plaintiff's Proposed Protocol to Comply with the Court's Order dated April 30, 2007 (Doc. 125).

DATED this 1st day of June, 2007.

Stephen M. McNamee
United States District Judge