WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| OmniMount Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the parties' Stipulation for Extension of Time for OmniMount to respond to Plaintiffs' First General Set of Interrogatories (Doc. 136), and good cause appearing,

**IT IS HEREBY ORDERED** extending the time for OmniMount to respond to the interrogatories until September 6, 2007.

DATED this 8th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge