WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| AV Media, Pte, Ltd., et al., | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. |  |
| OmniMount Systems, Inc., |  |
| Defendant. |  |

Having considered the parties' Stipulation for Extension of Time for Plaintiff to respond to Defendant's Sixth Request for Production fo Documents, (Doc. 139), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff until August 27, 2007 to respond to Defendant's Sixth Request for Production of Documents

DATED this 28th day of August, 2007.

Stephen M. McNamee
United States District Judge