**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al., ) | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| OmniMount Systems, Inc., ) | |
| Defendant. ) | |

Having considered the parties' Stipulated Request for Extension of Time to Respond to Interrogatories (Doc. 142), and good cause appearing,

**IT IS HEREBY ORDERED** allowing OmniMount eight (8) additional days, up to and including September 14, 2007 to respond to Plaintiffs' First General Set of Interrogatories.

DATED this 10th day of September, 2007.

Stephen M. McNamee
United States District Judge