WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| Omnimount Systems, Inc., | ) ) | |
| Defendant. | ) ) | |

At the request of the parties, a discovery hearing will take place on **Friday, October 12, 2007, at 4:00 p.m.**

**IT IS HEREBY ORDERED** that counsel shall appear on **Friday, October 12, 2007, at 4:00 p.m.** before the Honorable Stephen M. McNamee in Courtroom 605, on the sixth floor of the Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that no later than **October 9, 2007,** counsel shall file simultaneous written briefs no longer than five (5) pages providing the Court with guidance as to the specific dispute to be resolved at the hearing.

DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge