WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Omnimount Systems, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the parties' Stipulation to Amend Protective Order (Doc. 161), and good cause appearing,

**IT IS HEREBY ORDERED** that the protective order dated March 29, 2007 shall be amended by striking subparagraph 2(a) in its entirety and replacing it with the following:

a. All documents and items produced that contain any Confidential Information shall be labeled either **"CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER" or "CONFIDENTIAL—ATTORNEYS ONLY."** If a document is produced in paper format; or if a document (including electronically stored information) is converted, for purposes of production, to an electronic image capable of having each page marked or labeled with a confidentiality designation, this label shall be placed on every page of each document or image so designated. For other electronically stored information, including documents produced in native format, this label shall be placed on the media (such as fixed, read-only

media, i.e. CD-ROM or DVD-ROM) on which the information is produced, and a confidentiality label so placed will suffice to extend such confidentiality designation to all electronically stored information contained therein.

DATED this 11th day of October, 2007.

*Stephen M. McNamee*
Stephen M. McNamee
United States District Judge