WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| OmniMount Systems, Inc., | ) | |
| Defendant. | ) | |

Having reviewed the Parties' Stipulation for Extension of Time for Plaintiffs to Respond to Defendant's Eighth Request for Production of Documents (Doc. 164), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs until November 16, 2007 to respond to Defendant's Eighth Request for Production of Documents.

DATED this 16th day of October, 2007.

Stephen M. McNamee
United States District Judge