WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AV Media, Pte, Ltd., et al., | No. CIV 06-2412-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Omnimount Systems, Inc., | |
| Defendant. | |

Having considered the parties' Stipulated Request for Extension of Time for Geoff Miller to Return Deposition Corrections and Signature Page, and good cause appearing,

**IT IS HEREBY ORDERED** extending the time for the return of the corrections and signature page to October 31, 2007.

DATED this 18th day of October, 2007.

Stephen M. McNamee
United States District Judge