WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| AV Media, Pte, Ltd., et al.,            )<br>                                                 )<br>                         Plaintiffs,  )<br>                                                 )<br>v.                                              )<br>                                                 )<br>OmniMount Systems, Inc.,          )<br>                                                 )<br>                                                 )<br>                         Defendant.  ) | No. CIV 06-2412-PHX-SMM<br><br>**ORDER** |

Currently pending before this Court are Defendant's Motion for a Scheduling Conference Regarding Forum Non Conveniens (FNC)(Doc. 204), as well as the issue of whether this Court should appoint a special master to perform an examination of Geoff Miller's computer and analyze the relevant spoliation issues.[1]

As the parties are aware, the matter of FNC has been raised previously, and the Court has deferred any consideration of a briefing schedule until after the parties and the Court have the opportunity to evaluate the issues surrounding examination of Geoff Miller's computer. The Court has advised counsel that any such consideration would be held in abeyance until after the forensic examination because it "may lead to some other motions or it may resolve the matter in its entirety." Tr. Sept. 10, 2007.

As to the forensic examination, this Court has advised counsel on the proper protocol

---

[1] Counselors are reminded that this Court will no longer accept any documents filed (pdf) unless they are filed in compliance with LRCiv 7.1(c) (e.g. they must be created with a word processing program, not merely scanned as a pdf).

for designating a forensic specialist, nevertheless, counsel remain at an impasse. Therefore, it is the Court's decision that a special master shall be appointed pursuant to Fed.R.Civ.P. 53(a). The Court finds this necessary for this case to proceed to the next stage of litigation. Thus, the Court will appoint a special master to oversee the performance of the forensic analysis of Geoff Miller's computer in order to assess the spoliation allegations and to recover relevant data.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Defendant's Motion for a Scheduling Conference Regarding Forum Non Conveniens (Doc. 204).

**IT IS FURTHER ORDERED** that the Court will appoint a special master to proceed with the forensic examination of Geoff Miller's computer.

DATED this 15th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge