WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AV Media, Pte, Ltd., et al., | ) | No. CIV 06-2412-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Omnimount Systems, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

In preparation for the Discovery Dispute and Special Master hearing currently scheduled for March 18, 2008 at 9:30 a.m., counsel shall arrive prepared to address all currently pending discovery disputes. Furthermore, counsel shall review Rule 53, and ensure that they are well versed in the current case law regarding the appointment of a special master. Counsel will have the opportunity to offer, in writing, no more than three candidates for the appointment of special master, none of whom counsel or the parties has had any prior relationship or communication regarding the pending lawsuit. Finally, counsel shall be prepared to address the matter of compensation for the special master, (e.g. the Court will allocate payment among the parties, thus counsel shall advise the Court as to what extent the parties are responsible for the reference to a special master).

As to the discovery disputes, counsel shall be prepared to address each and every pending discovery dispute, including the issue raised regarding the work-product doctrine in documents 157, 179, and 185. The Court expects counsel to prepare clear and concise

arguments for each matter, including pinpoint citations to relevant legal authority.

DATED this 10th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge